# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# GAINESVILLE DIVISION

**NATHANIEL DRAYTON,**

    **Plaintiff,**

v.                                   **CASE NO. 1:06-cv-00007-MP-AK**

**JO ANNE B BARNHART,**

    **Defendant.**

_____/

## **REPORT AND RECOMMENDATION**

Plaintiff brings this cause pursuant to 42 U.S.C. § 405(g) seeking judicial review of the administrative denial of his application for disability insurance benefits under Title II of the Social Security Act and supplemental security income benefits under Title XVI of the Social Security Act. (Doc. 1). Defendant has moved to remand this matter (doc. 14) to the Commissioner under sentence four of 42 U.S.C. § 405(g) which provides that:

> The court shall have power to enter, upon the pleadings and transcript of the record, a judgment affirming, modifying or reversing the decision of the Commissioner of Social Security, with or without remanding the cause for a rehearing.

Defendant concedes that this action should be remanded to the Administrative Law Judge for additional action, and specifically requests that upon remand the Administrative Law Judge should "recontact Plaintiff's treating physician, Michael C. Dillon, for additional evidence and clarification of his opinion regarding Plaintiff's residual functional capacity, to properly evaluate Dr. Dillon's opinion, to further evaluate Plaintiff's adjustment disorder and to adequately evaluate Plaintiff's subjective complaints."

Plaintiff has no objection to the motion to remand.

Accordingly, it is **RECOMMENDED** that Defendant's motion to remand (doc. 14) be **GRANTED**, and this cause **REMANDED** to the Commissioner for further proceedings by the Administrative Law Judge, as set forth above. It is also recommended that final judgment be entered.

**IN CHAMBERS** at Gainesville, Florida, this 27th day of June, 2006.

s/ A. KORNBLUM
**ALLAN KORNBLUM
UNITED STATES MAGISTRATE JUDGE**

### NOTICE TO THE PARTIES

**A party may file specific, written objections to the proposed findings and recommendations within 15 days after being served with a copy of this report and recommendation. A party may respond to another party's objections within 10 days after being served with a copy thereof. Failure to file specific objections limits the scope of review of proposed factual findings and recommendations.**